**SOED**
**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. FUNAI, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
Telephone:   (702) 257-1997
Facsimile:    (702) 257-2203
ssplaine@lgclawoffice.com

Attorneys for Defendant, TARGET CORPORATION

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| CONNIE CRAWFORD-MURRAY,<br><br>          Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; DOES I through XX, and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>          Defendants. | CASE NO: 2:22-cv-00233-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (SECOND REQUEST)** |

Pursuant to Fed. R. Civ. P. 6, Fed. R. Civ. P. 26, LR 26-1 and LR 26-4, Plaintiff, CONNIE CRAWFORD-MURRAY ("Plaintiff"), by and through their attorney of record, CLIFF MARCEK, ESQ. of the law firm BERTOLDO BAKER CARTER SMITH & CULLEN and Defendant, TARGET CORPORATION, by and through its attorney of record, JULIE A. FUNAI, ESQ. of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, and hereby stipulate and agree to a ~~one hundred and twenty (120) day~~ sixty (60) day continuance of the current discovery deadlines.

I.    **DISCOVERY COMPLETED**

1. Plaintiff, CONNIE CRAWFORD-MURRAY served her FRCP 26(a)(1) Initial List of Witnesses and Documents on May 9, 2022.

///

-1-

2. Defendant, TARGET CORPORATION served its FRCP 26(A)(1) Initial Disclosure on May 11, 2022.

3. Defendant, TARGET CORPORATION served their Objection to Plaintiffs Initial List of Witnesses and Documents on May 19, 2022.

4. Defendant, TARGET CORPORATION propounded its First Set of Interrogatories and Requests for Production of Documents to Plaintiff on June 22, 2022.

5. Plaintiff served her responses to Defendant TARGET CORPORATION First Set of Interrogatories and Requests for Production of Documents on August 19, 2022.

6. Plaintiff, CONNIE CRAWFORD-MURRAY propounded her First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Defendant TARGET CORPORATION on August 22, 2022.

7. Plaintiff, CONNIE CRAWFORD-MURRAY served their First Supplement to FRCP 26(A)(1) Initial List of Witness and Documents on September 30, 2022.

8. Defendant served its responses to Plaintiff CONNIE CRAWFORD-MURRAY's First Set of Interrogatories, Requests for Production of Documents and Requests for Admission on October 5, 2022.

9. Defendant TARGET CORPORATION served its First Supplemental Disclosures Pursuant to FRCP 26(a)(1) on April 27, 2023.

10. Deposition of Plaintiff CONNIE CRAWFORD-MURRAY.

II. **DISCOVERY REMAINING TO BE COMPLETED**

In addition, Defendant wishes to conduct the remaining discovery:

1. Depositions of percipient witnesses
2. Depositions of FRCP 30(b)(6) witnesses
3. Expert designation and depositions of expert.
4. Site Inspection.
5. Additional discovery as needed.

### III.  REASONS WHY DISCOVERY SHOULD BE EXTENDED

Plaintiff counsel extensive trial schedule, with trial January through March 2023, caused delayed discovery and deposition scheduling. New counsel, Cliff Marcek recently took overhandling the case for Plaintiff at Bertoldo Carter Smith & Cullen on April 27, 2023. Additionally, the parties wish to engage in resolution discussions, including, but not limited to, the scheduling of private mediation. The parties wish to avoid unnecessary costs, fees and expenses in the interest of potential resolution. The additional time will allow for the parties to schedule private mediation, and if unsuccessful, conduct the remaining discovery, including depositions.

**PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

Plaintiff and Defendant have agreed to extend the current discovery deadline herein for sixty (60) days to complete the remaining discovery as outlined above. If approved, the new discovery deadlines would be modified as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| EVENT DEADLINE | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Close of Discovery | 8/23/2023 | **10/23/2023** |
| Motions to Amend Pleadings | 5/25/2023 | **7/25/2023** |
| Initial Expert Disclosures | 6/26/2023 | **8/25/2023** |
| Rebuttal Expert Disclosures | 7/22/2023 | **9/25/2023** |
| Dispositive Motions | 9/22/2023 | **11/22/2023** |
| Joint Pre-Trial Order | 10/24/2023 | **12/22/2023** |

**IT IS SO STIPULATED AND AGREED.**

DATED this 16th day of May, 2023.                    DATED this 16th day of May, 2023.

**LINCOLN, GUSTAFSON & CERCOS, LLP**        **BERTOLDO BAKER CARTER SMITH & CULLEN**

/s/ Julie A. Funai                                              /s/ Cliff W. Marcek
_____           _____
**LOREN S. YOUNG, ESQ.**                            **CLIFF W. MARCEK, ESQ.**
Nevada Bar No. 7567                                        Nevada Bar No. 5061
**JULIE A. FUNAI, ESQ.**                               7408 W Sahara Avenue
Nevada Bar No. 8725                                        Las Vegas, Nevada 89117
7670 W. Lake Mead Blvd., Suite 200              Attorneys of Plaintiff,
Las Vegas, Nevada 89128                                CONNIE CRAWFORD-MURRAY
Attorneys for Defendant,
TARGET CORPORATION

## ORDER

IT IS SO ORDERED.

_____
DANIEL J. ALBRERGTS
UNITED STATES MAGISTRATE JUDGE

DATED: May 18, 2023