1  **LOREN S. YOUNG, ESQ.**
   Nevada Bar No. 7567
2  **JULIE A. WHITE, ESQ.**
   Nevada Bar No. 8725
3  **LINCOLN, GUSTAFSON & CERCOS, LLP**
   *ATTORNEYS AT LAW*
4  7670 W. Lake Mead Blvd., Suite 200
   Las Vegas, Nevada 89128
5  Telephone:(702) 257-1997
   Facsimile: (702) 257-2203
6  lyoung@lgclawoffice.com
   jwhite@lgclawoffice.com

Attorneys for Defendant,
TARGET CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CONNIE CRAWFORD-MURRAY, | CASE NO: 2:22-cv-00233-RFB-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| TARGET CORPORATION; DOES I through XX, and ROE BUSINESS ENTITIES I through XX, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, CONNIE CRAWFORD-MURRAY, by and thorough her attorney of record, LINDSAY K. CULLEN, ESQ. of BERTOLDO CARTER SMITH & CULLEN; and Defendant, TARGET CORPORATION, by and through its attorneys of record, LOREN S. YOUNG, ESQ. and JULIE A. WHITE, ESQ., of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, that Plaintiff CONNIE

/ / /

/ / /

/ / /

/ / /

CRAWFORD-MURRAY's Complaint, as well as all cross-claims, counter-claims, or other related claims, are hereby dismissed as to all parties, with prejudice, each party to bear their attorney's fees and costs.

DATED this 23 day of May, 2025.                DATED this 2nd day of May, 2025.

**LINCOLN, GUSTAFSON & CERCOS, LLP**           **BERTOLDO CARTER SMITH & CULLEN**

/s/                                            /s/
_____                    _____
**LOREN S. YOUNG, ESQ.**                       **LINDSAY K. CULLEN, ESQ.**
Nevada Bar No. 7567                            Nevada Bar No.: 12364
**JULIE A. WHITE, ESQ.**                       7408 W. Sahara Ave.
Nevada Bar No. 8725                            Las Vegas, Nevada 89117
7670 W. Lake Mead Blvd., Suite 200             Attorneys for Plaintiff,
Las Vegas, Nevada 89128                        CONNIE CRAWFORD-MURRAY
Attorneys for Defendant,
TARGET CORPORATION

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 6, 2025

-2-